RECEIVED

SEP 2 1 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| CHRISTOPHER DUGAS, ET AL. | CIVIL ACTION NO. 6:17-cv-00337 |
| VERSUS | JUDGE DOHERTY |
| CITY OF VILLE PLATTE, ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the motions to dismiss the plaintiffs' claims for the recovery of punitive damages, which were filed by City of Ville Platte and Police Chief Neal Lartigue (Rec. Doc. 23) and by Evangeline Parish Sheriff's Office and Sheriff Eddie Soileau (Rec. Doc. 41), are GRANTED IN PART and DENIED IN PART. More particularly, (1) the motions to dismiss are granted with regard to the plaintiffs' claims for the recovery of punitive damages in connection with their official-capacity Section 1983 claims and with regard to their state-law claims, and those claims are DISMISSED WITH PREJUDICE, but (2) the motions to dismiss are

denied with regard to any individual-capacity Section 1983 claims that might have been asserted in the plaintiffs' complaint.

Signed at Lafayette, Louisiana, this 21 day of September, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE