RECEIVED

SEP 2 1 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| CHRISTOPHER DUGAS, ET AL. | CIVIL ACTION NO. 6:17-cv-00337 |
| VERSUS | JUDGE DOHERTY |
| CITY OF VILLE PLATTE, ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the plaintiffs' motion for a default judgment (Rec. Doc. 39) is DENIED and the defendants' motion to set aside the entry of default (Rec. Doc. 46) is GRANTED, consistent with the report and recommendation.

Signed at Lafayette, Louisiana, this 21 day of September, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE