UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| CHRISTOPHER DUGAS ET AL | CIVIL ACTION NO. 17-0337 |
| VERSUS | JUDGE DONALD E. WALTER |
| CITY OF VILLE PLATTE & NEAL LARTIGUE | MAGISTRATE JUDGE HANNA |

## ORDER OF DISMISSAL

The Court having been advised by counsel that all claims asserted against Defendants City of Ville Platte and Neal Lartigue in the above civil action have been settled,

**IT IS ORDERED** that all claims pending against Defendants City of Ville Platte and Neal Lartigue in the above-captioned matter be and are hereby provisionally **DISMISSED**, without prejudice to the right, upon good cause shown within ninety (90) days of the signing of this Order, to reopen the action if settlement is not consummated.

**IT IS FURTHER ORDERED** that within ninety (90) days of the signing of this Order, the parties shall submit to the Court (1) a joint motion to dismiss accompanied by a proposed order; or (2) a Rule 41(a)(1)(ii) stipulation of dismissal signed by all necessary parties who have appeared in this action. Any motion that may be pending relating to claims asserted against Defendants City of Ville Platte and Neal Lartigue, including but not limited to the pending motions to dismiss [Docs. ## 100, 101], are hereby **DENIED AS MOOT**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this 4th day of April, 2018.

_____
DONALD E. WALTER
UNITED STATES DISTRICT COURT