## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

CHRISTOPHER DUGAS ET AL                     CIVIL ACTION NO. 17-0337

VERSUS                                      JUDGE DONALD E. WALTER

EVANGELINE PARISH SHERIFF'S                 MAGISTRATE JUDGE HANNA
OFFICE &  EDDIE SOILEAU

### ORDER OF DISMISSAL

The Court having been advised by counsel that all claims asserted against Defendants Evangeline Parish Sheriff's Office and Eddie Soileau in the above civil action have been settled,

**IT IS ORDERED** that all claims pending against Defendants Evangeline Parish Sheriff's Office and Eddie Soileau in the above-captioned matter be and are hereby provisionally **DISMISSED**, without prejudice to the right, upon good cause shown within ninety (90) days of the signing of this Order, to reopen the action if settlement is not consummated.

**IT IS FURTHER ORDERED** that within ninety (90) days of the signing of this Order, the parties shall submit to the Court (1) a joint motion to dismiss accompanied by a proposed order; or (2) a Rule 41(a)(1)(ii) stipulation of dismissal signed by all necessary parties who have appeared in this action. Any motion that may be pending relating to claims asserted against Defendants Evangeline Parish Sheriff's Office and Eddie Soileau, including but not limited to the pending motions to dismiss [Docs. ## 107, 108] and motion to delay consideration of class certification [Doc. #109], are hereby **DENIED AS MOOT**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this 10th day of April, 2018.

DONALD E. WALTER
UNITED STATES DISTRICT COURT