UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER DUGAS, ET AL. | : | CIVIL ACTION NO. 6:17-CV-00337 |
| VERSUS | : | JUDGE DONALD E. WALTER |
| CITY OF VILLE PLATTE, ET AL. | : | MAG. JUDGE HANNA |

### DISMISSAL WITH PREJUDICE

For reasons set forth in this Court's April 4, 2018 Order, and finding no reason for maintaining the claims of plaintiff Nichole Fontenot as against defendants City of Ville Platte and Neal Lartigue in light of their consummated settlement agreement,

IT IS ORDERED that any and all claims asserted by plaintiff Nichole Fontenot against defendants City of Ville Platte and Neal Lartigue are DISMISSED WITH PREJUDICE, and that this dismissal constitutes a final judgment, as the parties have consummated a settlement agreement.

THUS DONE AND SIGNED in Shreveport, Louisiana on this __28th__ day of August, 2018.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE